# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WES W. JOHNSON, also known as W. W. JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JP MORGAN CHASE BANK N.A., aka J.P. MORGAN CHASE BANK, N.A., national banking association, UNITED SECURITY FINANCIAL CORP., a Utah corporation, WASHINGTON MUTUAL BANK, and DOES 1 through 100, including all person unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud upon plaintiff's title thereto,<br><br>　　　　　　Defendants | Case No. 2:15-cv-01338-JAK-AS<br><br>The Hon. John A. Kronstadt<br><br>**JUDGMENT**<br><br>**JS-6**<br><br><br>Complaint Filed: January 21, 2015.<br>Trial Date:　　　January 26, 2016. |

# JUDGMENT

On May 22, 2015, the Court, having considered the Motion to Dismiss of Defendant JPMorgan Chase Bank, N.A. as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank ("Chase") and all papers submitted by the parties in support thereof and in opposition thereto, **GRANTED** Chase's Motion to Dismiss with prejudice.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED,** and **DECREED** that all of Plaintiff's claims against Chase are dismissed with prejudice.

It is further **ORDERED, ADJUDGED,** and **DECREED** that judgment is entered in favor of Chase and against Plaintiff.

It is further **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's claims against United Security Financial Corporation and Washington Mutual Bank are dismissed with prejudice for failure to prosecute and because Plaintiff has conceded that such claims will not be pursued in light of the adjudication of the claims in favor of Chase.

**IT IS SO ORDERED.**

Dated: July 1, 2015

Honorable John A. Kronstadt
UNITED STATES DISTRICT JUDGE